IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR | : | No. 3:18-cv-01094-WWE |
| THE ADVANCEMENT OF COLORED | : | |
| PEOPLE, ET AL., | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| DENISE MERRILL, ET AL., | : | |
| *Defendants*. | : | JULY 16, 2018 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendants hereby respectfully request a forty-five day extension of time, until September 6, 2018, within which to file their response to the Complaint. This is Defendants' first such motion for an extension of time. The undersigned has contacted counsel for the Plaintiffs, Attorney Michael Wishnie, who consents to the granting of this motion. In support of this motion Defendants represent as follows:

(1) Plaintiffs served their Complaint on July 2, 2018, and Defendants' response to the Complaint is therefore currently due by July 23, 2018.

(2) Plaintiffs' Complaint raises complicated constitutional issues that will require a substantial amount of factual and legal research.

(3) In addition to reviewing and researching the complicated issues in this case, since receiving the Complaint in this matter the undersigned has and will have to meet deadlines in several existing cases in both the state and federal courts, including but not limited to drafting allegations and supporting documentation for two federal court cases that the State anticipates filing in the near future, drafting an expedited reply brief in *Markley v. SEEC*, No. HHB-CV18-

1

6044479-S (Conn. Super.), drafting a reply brief in *DAFR v. Malloy*, No. KNL-CV13-6016992-S (Conn. Super.), and drafting a response to a complaint in an administrative proceeding.

(4) In addition to these existing obligations, the undersigned was out of the office on vacation from July 4 through July 8, and unable to work on this case during that time.

(5) Due to these existing obligations and commitments, the undersigned requires additional time to research the Complaint and draft an appropriate response to it. Defendants therefore respectfully request a forty-five day extension of time, until September 6, 2018, in which to file their response to the Complaint.

(6) This is the first extension of time that Defendants have requested. Allowing the requested extension will not prejudice the parties or the continued progression of this case in any way.

(7) Plaintiffs' counsel consents to the granting of this motion.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their response to the Complaint until September 6, 2018.

Respectfully submitted,

DEFENDANTS DENISE MERRIL AND
DANNEL P. MALLOY

GEORGE JEPSEN
ATTORNEY GENERAL

BY: */s/ Michael K. Skold*
Michael K. Skold (ct28407)
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Michael.Skold@ct.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 16, 2018, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

             */s/ Michael K. Skold*
             Michael K. Skold
             Assistant Attorney General