UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br> *Plaintiffs*,<br><br>   v.<br><br>DENISE MERRILL, SECRETARY OF STATE, and DANNEL P. MALLOY, GOVERNOR,<br><br> *Defendants*. | No. 3:18-cv-01094-WWE |

## NOTICE OF APPEARANCE

  I am authorized to practice in this Court, and I appear as counsel for the plaintiff in this action.

            Respectfully submitted,

             /s/ Hope Metcalf
            Hope Metcalf (ct27184)
            Rule of Law Clinic
            Yale Law School
            P.O. Box 208215
            New Haven, CT 06520
            (203) 432-9404
            hope.metcalf@ylsclinics.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018 a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        Respectfully submitted,

                                        /s/ Hope Metcalf
                                        Hope Metcalf (ct27184)
                                        Rule of Law Clinic
                                        Yale Law School
                                        P.O. Box 208215
                                        New Haven, CT 06520
                                        (203) 432-9404
                                        hope.metcalf@ylsclinics.org