IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NAACP, ET AL., | : | No. 3:18-cv-01094-WWE |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| DENISE MERRILL, ET AL., | : | |
| *Defendants.* | : | MARCH 7, 2019 |

### NOTICE OF APPEAL

Notice is hereby given that the Defendants in the above captioned matter, Denise Merrill and Dannel P. Malloy, hereby appeal to the United States Court of Appeals for the Second Circuit from the February 15, 2019, order of the district court denying Defendants' Eleventh Amendment immunity defense raised in their motion to dismiss.  *See* Doc. No. 27.

                                                Respectfully submitted,

                                                DEFENDANTS DENISE MERRIL
                                                AND DANNEL P. MALLOY

                                                WILLIAM TONG
                                                ATTORNEY GENERAL

                                   BY: */s/ Michael K. Skold*
                                                Michael K. Skold (ct28407)
                                                Maura Murphy Osborne (ct19987)
                                                Assistant Attorneys General
                                                Office of the Attorney General
                                                55 Elm Street
                                                Hartford, CT 06106
                                                860-808-5020 (phone)
                                                860-808-5347 (fax)
                                                Michael.Skold@ct.gov
                                                Maura.MurphyOsborne@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2019, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael K. Skold*
Michael K. Skold
Assistant Attorney General
