APPEAL,EFILE

# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:18-cv-01094-WWE

| | |
|---|---|
| National Association for the Advancement of Colored People et al v. Merrill et al | Date Filed: 06/28/2018 |
| Assigned to: Judge Warren W. Eginton | Jury Demand: None |
| | Nature of Suit: 441 Civil Rights: Voting |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**National Association for the Advancement of Colored People**   represented by   **Michael J. Wishnie**
Jerome N. Frank Legal Services - Wall St
Yale Law School
127 Wall Street
New Haven, CT 06511
203-432-4800
Fax: 203-432-1426
Email: michael.wishnie@ylsclinics.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T. Taubes**
David Rosen & Associates
400 Orange Street
New Haven, CT 06511
203-787-3513
Fax: 203-789-1605
Email: ataubes@davidrosenlaw.com
*ATTORNEY TO BE NOTICED*

**David N. Rosen**
David N. Rosen & Associates, P.C.
400 Orange St
New Haven, CT 06511
203-787-3513
Fax: 203-789-1605
Email: drosen@davidrosenlaw.com
*ATTORNEY TO BE NOTICED*

**Hope R. Metcalf**
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-9404
Email: hope.metcalf@yale.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NAACP Connecticut State Conference**   represented by   **Michael J. Wishnie**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T. Taubes**
*(See above for address)*
*ATTORNEY TO BE NOTICED*

**David N. Rosen**
*(See above for address)*
*ATTORNEY TO BE NOTICED*

**Hope R. Metcalf**
*(See above for address)*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Farmer**   represented by   **Michael J. Wishnie**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T. Taubes**
*(See above for address)*
*ATTORNEY TO BE NOTICED*

**David N. Rosen**
*(See above for address)*
*ATTORNEY TO BE NOTICED*

**Hope R. Metcalf**
*(See above for address)*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Germano Kimbro**   represented by   **Michael J. Wishnie**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T. Taubes**
*(See above for address)*
*ATTORNEY TO BE NOTICED*

**David N. Rosen**
*(See above for address)*
*ATTORNEY TO BE NOTICED*

        **Hope R. Metcalf**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Conley Monk**      represented by    **Michael J. Wishnie**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Alexander T. Taubes**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **David N. Rosen**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Hope R. Metcalf**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Garry Monk**      represented by    **Michael J. Wishnie**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Alexander T. Taubes**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **David N. Rosen**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Hope R. Metcalf**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dione Zackery**      represented by    **Michael J. Wishnie**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Alexander T. Taubes**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**David N. Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Denise Merrill**　　　　　　　　　　　represented by　**Maura Murphy-Osborne**
*Secretary of State*　　　　　　　　　　　　　　　　　　Attorney General's Office -Elm Htfd
　　　　　　　　　　　　　　　　　　　　　　　　　　　55 Elm Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 120
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hartford, CT 06141
　　　　　　　　　　　　　　　　　　　　　　　　　　　860-808-5020
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 860-808-5347
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: maura.murphyosborne@ct.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Michael Skold**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　　　55 Elm Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hartford, CT 06106
　　　　　　　　　　　　　　　　　　　　　　　　　　　860-808-5020
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: michael.skold@ct.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Dannel P. Malloy**　　　　　　　　　　represented by　**Maura Murphy-Osborne**
*Governor*　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Michael Skold**
　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2018 | [1](#) | COMPLAINT against All Defendants ( Filing fee $400 receipt number ACTDC-4883484.), filed by Garry Monk, Justin Farmer, Dione Zackery, NAACP Connecticut State Conference, Germano Kimbro, National Association for the Advancement of Colored People, Conley Monk.(Wishnie, Michael) (Entered: 06/28/2018) |
| 06/28/2018 |  | Request for Clerk to issue summons as to All Defendants. (Wishnie, Michael) (Entered: 06/28/2018) |
| 06/28/2018 |  | Judge Warren W. Eginton added. (Oliver, T.) (Entered: 06/28/2018) |
| 06/28/2018 | [2](#) | Order on Pretrial Deadlines: Amended Pleadings due by 8/27/2018. Discovery due by 12/28/2018. Dispositive Motions due by 2/1/2019.<br>Signed by Clerk on 6/28/2018.(Fazekas, J.) (Entered: 06/28/2018) |

| Date | Doc # | Description |
|---|---|---|
| 06/28/2018 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Warren W. Eginton on 6/28/2018.(Fazekas, J.) (Entered: 06/28/2018) |
| 06/28/2018 | 4 | STANDING PROTECTIVE ORDER Signed by Judge Warren W. Eginton on 6/28/2018.(Fazekas, J.) (Entered: 06/28/2018) |
| 06/28/2018 | 5 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 4 Standing Protective Order, 2 Order on Pretrial Deadlines, 3 Electronic Filing Order, 1 Complaint, filed by Dione Zackery, National Association for the Advancement of Colored People, NAACP Connecticut State Conference, Justin Farmer, Germano Kimbro, Conley Monk, Garry Monk Signed by Clerk on 6/28/2018.(Fazekas, J.) (Entered: 06/28/2018) |
| 06/28/2018 | 6 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Dannel P. Malloy, Denise Merrill* with answer to complaint due within *21* days. Attorney *Michael J. Wishnie* *Jerome N. Frank Legal Services - Wall St* *Yale Law School, 127 Wall Street* *New Haven, CT 06511*. (Fazekas, J.) (Entered: 06/28/2018) |
| 07/16/2018 | 7 | NOTICE of Appearance by Michael Skold on behalf of Dannel P. Malloy, Denise Merrill (Skold, Michael) (Entered: 07/16/2018) |
| 07/16/2018 | 8 | Consent MOTION for Extension of Time until 09/06/2018 To Respond to Complaint 1 Complaint, by Dannel P. Malloy, Denise Merrill. (Skold, Michael) (Entered: 07/16/2018) |
| 07/16/2018 | 9 | NOTICE of Appearance by Maura Murphy-Osborne on behalf of Dannel P. Malloy, Denise Merrill (Murphy-Osborne, Maura) (Entered: 07/16/2018) |
| 07/17/2018 | 10 | ORDER granting 8 Motion for Extension of Time. Signed by Judge Warren W. Eginton on 7/17/2018. (Gould, K.) (Entered: 07/17/2018) |
| 07/17/2018 |  | Answer deadline updated for Dannel P. Malloy to 9/6/2018; Denise Merrill to 9/6/2018. (Gould, K.) (Entered: 07/17/2018) |
| 07/20/2018 | 11 | AFFIDAVIT of Service for Complaint, Summons and pretrial orders served on Denise Merrill and Dannel Malloy on July 2, 2018, filed by Justin Farmer, Germano Kimbro, Conley Monk, Garry Monk, NAACP Connecticut State Conference, National Association for the Advancement of Colored People, Dione Zackery. (Attachments: # 1 Exhibit A)(Wishnie, Michael) (Entered: 07/20/2018) |
| 08/15/2018 | 12 | NOTICE of Appearance by Hope R. Metcalf on behalf of Justin Farmer, Germano Kimbro, Conley Monk, Garry Monk, NAACP Connecticut State Conference, National Association for the Advancement of Colored People (Metcalf, Hope) (Entered: 08/15/2018) |
| 08/25/2018 | 13 | Joint REPORT of Rule 26(f) Planning Meeting. (Wishnie, Michael) (Entered: 08/25/2018) |

| Date | # | Description |
|---|---|---|
| 09/06/2018 | 14 | MOTION to Dismiss by Dannel P. Malloy, Denise Merrill.Responses due by 9/27/2018 (Attachments: # 1 Memorandum in Support of Motion to Dismiss) (Skold, Michael) (Entered: 09/06/2018) |
| 09/06/2018 | 15 | MOTION to Stay re 14 MOTION to Dismiss by Dannel P. Malloy, Denise Merrill.Responses due by 9/27/2018 (Skold, Michael) (Entered: 09/06/2018) |
| 09/14/2018 | 16 | Consent MOTION for Extension of Time to File Response/Reply as to 14 MOTION to Dismiss , 15 MOTION to Stay re 14 MOTION to Dismiss until October 4, 2018 by Justin Farmer, Germano Kimbro, Conley Monk, Garry Monk, NAACP Connecticut State Conference, National Association for the Advancement of Colored People, Dione Zackery. (Wishnie, Michael) (Entered: 09/14/2018) |
| 09/17/2018 | 17 | ORDER granting 16 Motion for Extension of Time to File Response/Reply re 14 MOTION to Dismiss , 15 MOTION to Stay re 14 MOTION to Dismiss Responses due by 10/4/2018. Signed by Judge Warren W. Eginton on 9/17/2018. (Gould, K.) (Entered: 09/17/2018) |
| 10/04/2018 | 18 | NOTICE of Appearance by David N. Rosen on behalf of Justin Farmer, Germano Kimbro, Conley Monk, Garry Monk, NAACP Connecticut State Conference, National Association for the Advancement of Colored People, Dione Zackery (Rosen, David) (Entered: 10/04/2018) |
| 10/04/2018 | 19 | NOTICE of Appearance by Alexander T. Taubes on behalf of Justin Farmer, Germano Kimbro, Conley Monk, Garry Monk, NAACP Connecticut State Conference, National Association for the Advancement of Colored People, Dione Zackery (Taubes, Alexander) (Entered: 10/04/2018) |
| 10/04/2018 | 20 | Final Memorandum in Opposition *to Defendants' Motion to Stay Discovery* re 15 MOTION to Stay re 14 MOTION to Dismiss filed by Justin Farmer, Germano Kimbro, Conley Monk, Garry Monk, NAACP Connecticut State Conference, National Association for the Advancement of Colored People, Dione Zackery. (Attachments: # 1 Exhibit Exhibit A)(Wishnie, Michael) (Entered: 10/04/2018) |
| 10/04/2018 | 21 | Final Memorandum in Opposition *to Defendants' Motion to Dismiss* re 14 MOTION to Dismiss filed by Justin Farmer, Germano Kimbro, Conley Monk, Garry Monk, NAACP Connecticut State Conference, National Association for the Advancement of Colored People, Dione Zackery. (Wishnie, Michael) (Entered: 10/04/2018) |
| 10/05/2018 | 22 | Final MOTION for Leave to Appear Law Student Interns *under the supervision of* Attorney Michael J. Wishnie. by Justin Farmer, Germano Kimbro, Conley Monk, Garry Monk, NAACP Connecticut State Conference, National Association for the Advancement of Colored People, Dione Zackery. (Attachments: # 1 Supplement) (Wishnie, Michael) (Entered: 10/05/2018) |
| 10/17/2018 | 23 | ORDER granting 22 Motion to Appear. Signed by Judge Warren W. Eginton on 10/17/2018. (LaMura, K.) (Entered: 10/17/2018) |
| 10/18/2018 | 24 | REPLY to Response to 14 MOTION to Dismiss filed by Dannel P. Malloy, Denise Merrill. (Skold, Michael) (Entered: 10/18/2018) |
| 10/18/2018 | 25 | REPLY to Response to 15 MOTION to Stay re 14 MOTION to Dismiss filed by Dannel P. Malloy, Denise Merrill. (Skold, Michael) (Entered: 10/18/2018) |

| | | | |
|---|---|---|---|
| 11/05/2018 | | 26 | ORDER granting 15 Motion to Stay. Signed by Judge Warren W. Eginton on 11/5/2018. (LaMura, K.) (Entered: 11/05/2018) |
| 02/15/2019 | | 27 | ORDER denying 14 Motion to Dismiss. Within 21 days of this ruling, the parties should submit a schedule relevant to discovery and dispositive motion deadlines. Signed by Judge Warren W. Eginton on 2/15/19. (Imbriani, Susan) (Entered: 02/19/2019) |
| 02/25/2019 | | | Set Deadlines: Status report as to a schedule relevant to discovery and dispositive motion deadlines due by 3/8/2019 (LaMura, K.) (Entered: 02/25/2019) |
| 03/07/2019 | | 28 | NOTICE OF APPEAL as to 27 Order on Motion to Dismiss by Dannel P. Malloy, Denise Merrill. Filing fee $ 505, receipt number ACTDC-5184004. (Skold, Michael) (Entered: 03/07/2019) |
| 03/07/2019 | 📎 | 29 | MOTION to Stay by Dannel P. Malloy, Denise Merrill.Responses due by 3/28/2019 (Skold, Michael) (Entered: 03/07/2019) |