# David Rosen & Associates PC Attorneys at Law

400 Orange Street
New Haven, CT 06511
phone 203.787.3513
fax 203.789.1605
drosen@davidrosenlaw.com

May 7, 2019

The Honorable Warren W. Eginton
United States District Court for the District of Connecticut
915 Lafayette Boulevard – 2nd Floor Annex
Bridgeport, Connecticut 06604          **VIA CM/ECF**

**Re:** *NAACP, et al. v. Merrill, et al.* **– Request for Status Conference**
**Docket No.: 3:18-cv-01094-WWE**

Dear Judge Eginton:

In addition to the grounds contained in Plaintiffs' Motion for Status Conference, Doc. 38, Plaintiffs would like to call the Court's attention to *Kalson v. Paterson*, 542 F.3d 281, 286-87 (2d Cir. 2008). *Kalson* suggests that the three-judge court requirement of 28 U.S.C. § 2284 is a jurisdictional requirement that cannot be waived even where, as here, no party has requested a three-judge court. *See* 542 F.3d at 286-87.

Plaintiffs believe that an early status conference to discuss this issue would be helpful, particularly in light of the pending interlocutory appeal.

Sincerely,

David N. Rosen

DNR/att
cc:     All Counsel (via CM/ECF only)