# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand and nineteen.

Before:     Peter W. Hall,
                  *Circuit Judge.*

_____

National Association for the Advancement of Colored People, NAACP Connecticut State Conference, Justin Farmer, Germano Kimbro, Conley Monk, Garry Monk, Dione Zackery,

    Plaintiffs - Appellees,

v.

Denise Merrill, Secretary of State,
Dannel P. Malloy, Governor,

    Defendants - Appellants.

_____

**ORDER**

Docket No. 19-576

    Appellants move for a stay of all proceedings in the district court pending the Court's determination of this appeal. Appellees oppose the motion.

    It is hereby ORDERED that the motion and opposition are REFERRED to the next available three-judge motions panel. It is further ORDERED that the district court proceedings are temporarily stayed until Appellants' stay motion is determined by the motions panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON MAY 15, 2019