D. Conn.<br>
18-cv-1094<br>
Eginton, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand nineteen.

Present:
> Denny Chin,
> Richard J. Sullivan,
> Joseph F. Bianco,
>> *Circuit Judges*.

---

National Association for the Advancement of Colored People, et al.,

> *Plaintiffs-Appellees*,

v.                           19-576

Denise Merrill, Secretary of State,
Dannel P. Malloy, Governor,

> *Defendants-Appellants*.

---

Appellants move for a stay of the district court proceedings pending appeal. Upon due consideration, it is hereby ORDERED that the motion for a stay is GRANTED. *See* Fed. R. App. P. 8(a)(2). It is further ORDERED that the appeal be expedited. *See* Fed. R. App. P. 2.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON JULY 15, 2019