UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NAACP, et al,
  *Plaintiffs*,

  *v.*            Civil No. 3:18cv1094 (JBA)

Merrill, et al,
  *Defendants*.

**SCHEDULING ORDER**

Pursuant to the colloquy with counsel on the record 10/08/19, the following is ordered:

1. On consent, Plaintiffs may file their Amended Complaint by 10/15/19.

2. The parties' Supplemental 26(f) Planning Report will be filed by 10/29/19 and the Court will thereafter set a discovery schedule.

3. The Court will request that Chief Judge Katzmann convene a three-judge district court pursuant to 28 U.S.C. § 2284(a).

4. Order of Referral to Magistrate Judge Spector for discovery and scheduling conference [Doc. # 43] is vacated.

            IT IS SO ORDERED.
            /s/_____
            Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: October 08, 2019