## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Chambers of
**Janet Bond Arterton**
United States District Judge

141 Church Street
New Haven, Connecticut 06510
(203) 773-2456

October 08, 2019

**Via fax**

Hon. Robert A. Katzmann
Chief Judge, United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re:  *NAACP v. Merrill*
> 3:18-cv-1094 (JBA)

Dear Judge Katzmann:

Pursuant to 28 U.S.C. § 2284(a), and in light of the September 24, 2019 decision of the United States Court of Appeals for the Second Circuit remanding the above-captioned case to the District Court with direction to refer the matter to a three-judge court, I write to request that a three-judge court be convened for further proceedings in this matter.

Very truly yours,

/s/

Janet Bond Arterton, U.S.D.J.