**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NAACP, *et al.*,<br><br>    *Plaintiffs*,<br><br>       v.<br><br>DENISE MERRILL, SECRETARY OF<br>STATE, and EDWARD LAMONT, JR.,<br>GOVERNOR,<br><br>    *Defendants*. | No. 3:18-cv-01094-JBA-PWH-JMW<br><br>**JOINT MOTION FOR**<br>**EXTENSION OF TIME**<br><br>**March 18, 2020** |

The parties hereby respectfully request the court to extend the discovery and briefing deadlines in this matter by fourteen days. In support of this motion, the parties represent as follows:

1.      Pursuant to the Dec. 30, 2019 Scheduling Order from this Court (ECF No. 66), all discovery is due to be completed by March 31, 2020. Plaintiffs' motion for summary judgment is due on March 31, 2020 and Defendants' combined opposition and cross motion for summary judgment is due on April 30, 2020. Plaintiffs' combined reply is due by May 15, 2020, and Defendants' reply is due by May 29, 2020. Oral argument is scheduled to be held on June 16, 2020.

2.      The parties have worked diligently to complete discovery, exchanging written discovery and expert reports and taking party, expert, and non-party depositions. Nevertheless, in light of the COVID-19 pandemic and its consequences, including the closure of courthouses, campuses, and government offices, the Parties at this time request an extension of fourteen days as to the discovery and briefing deadlines, as set forth below. This extension will not require postponement of oral argument, currently set for June 16, 2020:

2

| Current Deadline | Action | Proposed Deadline |
|---|---|---|
| 3/31/20 | Completion of discovery | 4/14/20 |
| 3/31/20 | Plaintiffs' motion for summary judgment | 4/14/20 |
| 4/30/20 | Defendants' combined opposition and cross motion for summary judgment | 5/14/20 |
| 5/15/20 | Plaintiffs' combined reply in support of their motion for summary judgment and in opposition to Defendants' | 5/29/20 |
| 5/29/20 | Defendants' reply in support of their motion for summary judgment | 6/12/20 |
| 6/16/20 | Oral argument | 6/16/20, or another date convenient for the Court |

For the foregoing reasons, the Parties respectfully request that the Court extend the time on all deadlines in this case by fourteen days.

Respectfully submitted,

/s/ Michael J. Wishnie                    /s/ Michael K. Skold
Nicole Billington, Law Student Intern      Michael K. Skold (ct28407)
Doni Bloomfield, Law Student Intern        Maura Murphy Osborne (ct19987)
Alexander Boudreau, Law Student Intern     Office of the Attorney General
Camilla Bustos, Law Student Intern         55 Elm Street
Alaa Chaker, Law Student Intern            P.O. Box 120
Wynne Graham, Law Student Intern           Hartford, CT 06141-0120
Kate Hamilton, Law Student Intern          Tel: (860) 808-5020
Austin Reagan, Law Student Intern          Fax: (860) 808-5347
Soren Schmidt, Law Student Intern          Email: Michael.Skold@ct.gov
Mary Ella Simmons, Law Student Intern
Hope Metcalf (ct27184)                     *Counsel for Defendants*
Michael J. Wishnie (ct27221)
Peter Gruber Rule of Law Clinic
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 436-478
michael.wishnie@ylsclinics.org

David N. Rosen (ct00196)
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
drosen@davidrosenlaw.com

Bradford M. Berry*
National Association for the Advancement
  of Colored People, Inc.
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5797
bberry@naacpnet.org

*Counsel for Plaintiffs*

* Motion for admission *pro hac vice*
forthcoming

**CERTIFICATION OF SERVICE**

I hereby certify that on March 18, 2020, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system. Parties may access this filing through the Court's CM/ECF system.


/s/ Michael J. Wishnie
Michael J. Wishnie, No. ct27221
Peter Gruber Rule of Law Clinic
Yale Law School