UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DENISE MERRILL, SECRETARY OF THE STATE, and EDWARD LAMONT, JR., GOVERNOR, <br><br> *Defendants*. | No. 3:18-cv-01094-JBA-PWH-JMW <br><br><br><br><br> **April 14, 2020** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-captioned action without cost to any party.

Dated: April 14, 2020

1

| | |
|---|---|
| /s/ Michael J. Wishnie<br>Nicole Billington, Law Student Intern<br>Doni Bloomfield, Law Student Intern<br>Alexander Boudreau, Law Student Intern<br>Camila Bustos, Law Student Intern<br>Alaa Chaker, Law Student Intern<br>Wynne Graham, Law Student Intern<br>Katherine Hamilton, Law Student Intern<br>Austin Reagan, Law Student Intern<br>Soren Schmidt, Law Student Intern<br>Mary Ella Simmons, Law Student Intern<br>Hope Metcalf (ct27184)<br>Michael J. Wishnie (ct27221)<br>Peter Gruber Rule of Law Clinic<br>Yale Law School<br>127 Wall Street<br>New Haven, CT 06511<br>(203) 436-478<br>michael.wishnie@ylsclinics.org | /s/ Michael K. Skold<br>Michael K. Skold (ct28407)<br>Maura Murphy Osborne (ct19987)<br>Office of the Attorney General<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5020<br>Fax: (860) 808-5347<br>Email: Michael.Skold@ct.gov<br><br>*Counsel for Defendants* |

David N. Rosen (ct00196)
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
drosen@davidrosenlaw.com

Bradford M. Berry*
National Association for the Advancement
  of Colored People, Inc.
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5797
bberry@naacpnet.org

*Counsel for Plaintiffs*

[*] *Motion for admission pro hac vice* forthcoming

2

## **CERTIFICATION OF SERVICE**

      I hereby certify that on April 14, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                            /s/ Michael J. Wishnie
                                            Michael J. Wishnie, No. ct27221
                                            Peter Gruber Rule of Law Clinic
                                            Yale Law School